**Certificate Number: 02114-ILN-DE-008571518**
**Bankruptcy Case Number: 0973398**

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 10/02/09, at 03:30 o'clock PM EST, Paula Cafferata completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District Of Illinois.

**Title:   Bankruptcy Program Director**            **Date:   10.02.09**
**By:** /**s/Doug Erickson**

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1