B6F (Official Form 6F) (12/07)

In re  **Joseph T Cafferata, II,**
       **Paula R Cafferata**

Case No. ____**09-73398**____

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6 LM 634**<br><br>**ARS, Inc.**<br>**c/o Blitt and Gaines, P.C.**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | J | **10/02/09**<br>**Case No. 06 LM 634 revival of judgment** | | | | **10,534.76** |
| Account No. **xxxxxxxxx7799**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | J | **Old phone bill.** | | | X | **501.06** |
| Account No. **xxxx-xxxx-xxxx-7100**<br><br>**Bank of America**<br>**101 South Tryon Street**<br>**Charlotte, NC 28255** | | H | **Credit Card** | | | | **49,162.00** |
| Account No. **x7054**<br><br>**Blockbuster**<br>**536 Northwest Highway**<br>**Cary, IL 60013-2995** | | H | **Video Rental Card** | | | | **22.00** |

__2__  continuation sheets attached

Subtotal
(Total of this page)

**60,219.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:29834-090728   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph T Cafferata, II,**
     **Paula R Cafferata**

Case No. **09-73398**

_____,
                    Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-4071** | | | | **Credit Card** | | | | |
| **Chase Bank Card Member Services** **PO Box 15548** **Wilmington, DE 19886-5548** | | J | | | | | | 11,800.00 |
| Account No. **xxxx-xxxx-xxxx-8413** | | | | credit card | | | | |
| **Citi Bank Master Card** **PO Box 660370** **Dallas, TX 75266-0370** | | J | | | | | | 39,154.00 |
| Account No. **xxxxxxxxxxxxxx0750** | | | | credit card | | | | |
| **Dell Preferred Account** **PO Box 6403** **Carol Stream, IL 60197-6403** | | H | | | | | | 65.00 |
| Account No. **xxxx-xxxx-xxxx-3565** | | | | credit card | | | | |
| **Discover Platinum Card** **PO Box 30943** **Salt Lake City, UT 84130** | | W | | | | | | 15,210.60 |
| Account No. **x0065** | | | | Medical equipment | | | | |
| **Quality Health Equipment, Inc** **525 West Golf Road** **Arlington Heights, IL 60005** | | H | | | | | X | 541.17 |

Sheet no. _**1**_ of _**2**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,770.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph T Cafferata, II,**
       **Paula R Cafferata**

Case No. ___**09-73398**_____

_____ ,

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4141** <br><br> **Sears Master Card - Citi Card Serv** <br> **PO Box 6921** <br> **The Lakes, NV 88901-6921** | | J | **credit card** | | | | **10,540.88** |
| Account No. **xxx6202** <br><br> **University of Iowa, c/o** <br> **Enterprise Recovery Systems, Inc.** <br> **2400 South Wolf Road** <br> **Westchester, IL 60154** | | J | **Son's student school credit card** | | | X | **690.36** |
| Account No. **xxxxx4863** <br><br> **US Dept of Education** <br> **PO Box 5609** <br> **Greenville, TX 75403-5609** | | J | **Student Loan for son.** | | | | **12,500.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**2**___ of __**2**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **23,731.24**

Total
(Report on Summary of Schedules)   **150,721.83**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy