B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09−73398**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph T Cafferata II | Paula R Cafferata |
| 7 Asbury Lane | 7 Asbury Lane |
| Cary, IL 60013 | Cary, IL 60013 |

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4863                                    xxx−xx−9272

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                FOR THE COURT

Dated: <u>November 17, 2009</u>                  <u>Kenneth S. Gardner, Clerk</u>
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 2                   Date Rcvd: Nov 17, 2009
Case: 09-73398                Form ID: b18                Total Noticed: 33

The following entities were noticed by first class mail on Nov 19, 2009.
db/jdb        +Joseph T Cafferata, II,   Paula R Cafferata,   7 Asbury Lane,   Cary, IL 60013-1901
aty           +Forrest L Ingram,   Forrest L. Ingram, P.C.,   79 W Monroe Street,   Suite 900,
                Chicago, IL 60603-4914
tr            +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
14689624      +ARS, Inc,   c/o Blitt and Gaines P C,   661 Glenn Ave,   Wheeling, IL 60090-6017
14309197       AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14309198       Baker & Miller,   29 N Wacker Drive,   5th Floor,   Chicago, IL 60606-2854
14309200      +Bank of America,   101 South Tryon Street,   Charlotte, NC 28255-0001
14309201       Blatt, Hasenmiller, Leibsker & Moor,   125 South Wacker Dr, Suite 400,   Chicago, IL 60606-4440
14309202       Blockbuster,   536 Northwest Highway,   Cary, IL 60013-2995
14309203      +Capital Management Services, LP,   726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
14309205       Citi Bank Master Card,   PO Box 660370,   Dallas, TX 75266-0370
14309206       Citi Mortgage Inc,   PO Box 183040,   Columbus, OH 43218-3040
14309209       Enhanced Recovery Corporation,   P.O. Box 1967,   Southgate, MI 48195-0967
14336908       Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,   Detroit MI   48225-0953
14370502       Ford Motor Credit Company LLC,   c/o Steven Nelson,   P O Box 3700,   Rock Island, IL 61204-3700
14309211      +Freedman Anslemo Lindberg and Rappe,   1807 W. Diehl Rd., #333,   Naperville, IL 60563-1890
14309213      +Metropolitan Collection Bureau, Inc,   3149 Dundee Road, Suite 277,   Northbrook, IL 60062-2402
14309215      +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
14309214      +National Financial Systems, Inc.,   600 West John Street,   PO Box 9046,
                Hicksville, NY 11802-9046
14309216      +Nelson, Watson & Associates, LLC,   80 Merrimack Street, Lower Level,   Haverhill, MA 01830-5211
14309217      +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
14309218       Pentagroup Financial, LLC,   6341 Inducon Drive East,   Sanborn, NY 14132-9097
14309219      +Quality Health Equipment, Inc,   525 West Golf Road,   Arlington Heights, IL 60005-3904
14309220       Sears Master Card - Citi Card Serv,   PO Box 6921,   The Lakes, NV 88901-6921
14309222       US Dept of Education,   PO Box 5609,   Greenville, TX 75403-5609
14309221      +University of Iowa, c/o,   Enterprise Recovery Systems, Inc.,   2400 South Wolf Road,
                Westchester, IL 60154-5625
14309223      +West Asset Management, Dept 11576,   PO Box 1259,   Oaks, PA 19456-1259

The following entities were noticed by electronic transmission on Nov 17, 2009.
14309197       EDI: ATTWIREBK.COM Nov 17 2009 19:08:00      AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14309200      +EDI: BANKAMER2.COM Nov 17 2009 19:08:00      Bank of America,   101 South Tryon Street,
                Charlotte, NC 28255-0001
14423489       EDI: RECOVERYCORP.COM Nov 17 2009 19:08:00      Capital Recovery III LLC,
                c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
14309204       EDI: CHASE.COM Nov 17 2009 19:13:00      Chase Bank Card Member Services,   PO Box 15548,
                Wilmington, DE 19886-5548
14309208       EDI: DISCOVER.COM Nov 17 2009 19:08:00      Discover Platinum Card,   PO Box 30943,
                Salt Lake City, UT 84130
14309207       EDI: RCSDELL.COM Nov 17 2009 19:08:00      Dell Preferred Account,   PO Box 6403,
                Carol Stream, IL 60197-6403
14309210       EDI: FORD.COM Nov 17 2009 19:08:00      Ford Motor Credit,   Box 790093 St. Louis,
                Saint Louis, MO 63179-0093
14309212       EDI: RESURGENT.COM Nov 17 2009 19:08:00      LVNV Funding, LLC,   PO Box 10584,
                Greenville, SC 29603-0584
14309220       EDI: SEARS.COM Nov 17 2009 19:08:00      Sears Master Card - Citi Card Serv,   PO Box 6921,
                The Lakes, NV 88901-6921
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14309199*     +Baker & Miller,   29 N Wacker Drive, 5th Floor,   Chicago, IL 60606-2851
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: jshores           Page 2 of 2              Date Rcvd: Nov 17, 2009
Case: 09-73398                Form ID: b18            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                **Signature:**   _Joseph Speetjens_